Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Asheville Division

FILED
ASHEVILLE, N.C.

SEP 17 2020

U.S. DISTRICT COURT
W. DIST. OF N.C.

|  |  |
|---|---|
| William Mark Krings | Case No. 1:20-CV-259-MR-WCM |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | Jury Trial: _(check one)_  ☒ Yes  ☐ No |
| -v- | |
| AVL Technologies | |
| _Defendant(s)_ | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William Mark Krings |
| Street Address | 50 Coleys Cir #202 |
| City and County | Asheville in Buncombe County |
| State and Zip Code | North Carolina |
| Telephone Number | 828 252 0009 |
| E-mail Address | inviro1@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

    Name                             Jim Oliver

    Job or Title *(if known)*         Owner

    Street Address              15 North Merrimon Ave

    City and County            Asheville    Buncombe County

    State and Zip Code        NC 28804

    Telephone Number        (828) 210-3532

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question                        ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. Retaliatory Employment Discrimination Bureau is responsible for enforcing the 1992 Retaliatory Employment Discrimination Act, also known as REDA. REDA protects employees who in good faith engage in one of the "protected activities" under the law.
NC code Chapter 95-article 21 Retaliatory Employment discrimination 95-240 through 95-245.
2. Age discrimination: The Age Discrimination in Employment Act of 1967.
US code Vol. 29 621-626(e). 623 (a) (1)(2)
3. ADA denial of reasonable accomadation ... No precident for COVID-19, but   Americans with Disabilities Act of 1990 (ADA)
4. Harrassment   Title VII of the Civil Rights Act of 1964
   (a) Harrassment in the workplace.
   (b) Complicity in the act of harrassment. (investigation)
   (c) escalation of harrassment charge to "assult on a senior citizen" (investigation)
       Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, (ADEA), and the Americans with Disabilities Act of 1990, (ADA).
           note. Plaintiff reserves the right to add up to three additional harassment charges if complicity is result of investigation.
5. Discrimination by religion: Based on data obtained through discovery in US District Court. Petition after filing. ie such as 5 of 5 replacement newly hired are of the same religion and none of those fired are of that religion. Plaintiff believes this to be the underling cause for all the above actions.
Title VII of the Civil Rights Act of 1964
Plaintiff reseves the right to add additional Harassment (6.) charge dependent on data recovered through Discovery. Plaintiff my expand discovered data to include parties to Assualt and Company management. (Discovery petition to be filed)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b. If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Jim Oliver _____, is a citizen of the State of *(name)* North Carolina _____ . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Age discrimination $300,000
Harassment          $300,000
ADA Covid-19        $300,000
Retaliation         $300,000
Religion            $300,000
Emotional Distress Damages:  loss of love, job, benefits, job location, COVID -19, unemployment benefits, focus on controversy (constant for 6 months), etc.
                    $200,000
        Total       $1,700,000
Plus    assault            ?
        Punitive damages    ?  jury award
Amounts based on jury awards
Plus: 1.  $130,000 paid up annuity for lost life insurance.
      2. HSA  paid up for 10 years
      3. Dental Blue paid up for 10 years
      4. Vision Blue paid up for 10 years

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

III. and IV. Have been combined and added as an attachment from EEOC filing dated 08/20/2020.
9 pages each stamped and dated by EEOC "Page 2 bottom" "What happened".
Plaintiff is diligently working to master Adobe Acrobat Pro DC to better use electronic filing.
Postal mailing address is: William M Krings, PO BOX 8876, Asheville, NC 28814

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

please see idem III. above.

Page 2 bottom:

## What happened to you that you think was discriminatory and when did it happen?

1. Approximately 3/1/2020  Action: Jeff Hayes, Human Resources passed through the Wiring Department and announced that AVL would not be hiring through "temp to hire" firm in the future, and that "rewards" would be paid if *someone an employee referred for** a job was hired. Amounts I heard mentioned $200.00 to $500.00 paid as bonus cash. I immediately thought this was open season for firing and rehiring base on social norms, rather than qualifications.

2. Approximately 3/18/2020  Action: At a Wiring Department meeting, I asked: Due to COVID-19 " Are there any considerations for my age 74 with a heart condition?" Jan, Dept. Supervisor, requested via radio information from HR. The answer was leave, sick days, short and long term disability. No other consideration.   (there are no precedents for COVID -19 and an opinion from the ADA may be sought. I feel I could have worked upstairs)

3. On March 25th, 2020 At approximately 9:50 a.m. on March 25th employee Anita passes over my shoulder a copy of an email. I, working at my desk, say "5 feet please" (social distancing). She responds "Well, excuuuuuse me". Anita goes to friend, walking buddy, smoking secession class buddy, unit supervisor Jan. Jan calls Tod Jaco on the radio, VP operations. Todd comes to my desk and relates a complaint. "not what I said, but how I said it". I acknowledge his message and he asks if I am a veteran. I affirm that 'yes, I am a veteran'. Made metal note as to why that would be important or relevant to complaint. My immediate thought (targeting as mentioned) was that I had an employment billet of veteran status and he was evaluating/considering a replacement. Hiring reward.

4. 9:30a.m., break time for the wiring unit. Anita and Jan leave to go for their morning walk. I have never seen them 'social distancing' as they walk. On this day I did not immediately go to walk as I tried to make sense of the preceding complaint.

> *I must interject here*: When I turned 70 years old, I sat down and did a 'turning older' life review with myself. Over 4 or 5 hours I laid out a plan/outline. Many topics such as finances, medical, support system, etc., etc. Of relevance:
>
> 1. That I wished to reach 100 years old, subscribing to the 'science of living longer' as outlined in National Geographic special edition Blue Zones.
> 2. I would have to work 8 to 9 years longer.
> 3. That as a senior, I would not be bullied, harassed, advantaged, or coerced to the best of my abilities.

As soon as the room cleared, Walter approaches my desk, standing too close. I asked that he leave, he did not. I told him his actions were inappropriate and go sit at his own desk. Told Walter I was on break and to leave. He did not leave. I could not stand up, I could not leave. To

*attachment Page 1*

**U.S. Equal Employment Opportunity Commission**
**Charlotte District Office**
**Rec'd: 08/20/2020**

stand for me would have been an act of aggression. I was trap and afraid. Finally, after trying three times, I told Walter he had two chooses ... To "go sit down at his desk OR call the supervisor and have me fired."

When you are being bullied, the only way to get rid of your bully is to 'give it up'.

Give up your lunch money. Give up your $10.00 dollar bill. Give up your new pocket knife. Give up your bicycle, Give up the keys to your car. In my case, I gave up my job.

That's harassment, and I am seeking $300000.00. This charge of harassment is in addition to the charge of Age Discrimination $300000.00.

If Walter was directed by supervisor Jan or other plant supervisor; or if Walter was acting in the role of supervisor during Jan's absence, to approach me, plaintiff, during break, this bulling/harassment charge escalates to 'assault on a senior citizen'. (Research additional amount)

Complicity is the participation in a completed criminal act of an accomplice, a partner in the crime who aids or encourages other perpetrators of that crime, and who shared with them an intent to act to complete the crime. A person is an accomplice of another person in the commission of a crime if they purpose the completion of a crime, and toward that end, if that person solicits or encourages the other person, or aids or attempts to aid in planning or committing the crime, or has legal duty to prevent that crime but fails to properly make an effort to prevent it.

I believe that all four participants in this 'firing' need to be interviewed by the proper authority to determine involvement in harassment and/or assault.

US Marshalls, FBI, Buncombe County Sheriff's, Asheville Police Dept., or Woodfin Police Dept.?

Page 2

U.S. Equal Employment Opportunity Commission
Charlotte District Office
Rec'd: 08/20/2020

Pre-Filing additional Information: attached to PRE-CHARGE INQUIRY

UNITED STATES DISTRICT COURT Western District of North Carolina Asheville Division

Now comes William Krings before the UNITED STATES DISTRICT COURT Western District of North Carolina Asheville Division with an employment complaint including: *discrimination of age* ($300,000) and *harassment* ($300,000) in the 'wrongful' firing from AVL of March 25th 2020.

Additional complaints 1) ADA 2) Emotional Distress Damages 3) Harassment dependent on discovery. 4) additional protected discrimination charge dependent on discovery.

Discovery: 1) Interview all employees fired, all employees hired, who gets reward payments, what relationship to other employees, .

Background:

1. That William Krings is 74 years old. Born: 02/20/1946.
2. That William Krings is a Viet Nam Era veteran serving from 11/01/1965 to 09/08/1969 as Radarman aboard the USS Shangri La (CVA 38) as well as completing electronics and radar Class 'A' school (9 months) on Treasure Island, Naval Training Command, San Francisco.
3. That William Krings was referred to this job in the wiring department at AVL Technologies through the temporary employment agency of Express Employment Professionls and that temp to hirer was the norm for employment with AvL Technologies at time of hire. I was assisted with the help of the Veterans Department at the State Employment Services and compensation was paid for this placement.
4. William Krings recently received a very favorable evaluation for the wiring work done in the department. Jacob "William, you have the best record statistically, for fewest call backs of anyone in the wiring or enclosures departments. And that means the best performance of anyone in the Company (AVL Technologies all inclusive)" Jan and Jacob were present at this (evaluation) (department review). I was asked to become more 'involved' and 'vocal in the processes of the department'.
5. William has successfully completed IPC j-STD-001 "Certified IPC Specialist" , January 6th, 2020, certification adding to and affirming the value of his continuing employment.
6. William attended Northern Illinois University on the G I Bill and graduated with a B S degree in Social Sciences Comprehensive  1973 Bachelor of Science in Education.

Social Sciences Comprehensive degree from Northern Illinois University:

*Page 3*

U.S. Equal Employment Opportunity Commission
Charlotte District Office
Rec'd: 08/20/2020

Social Sciences Comprehensive degree from Northern Illinois University:

Economics:

1. Micro Economics Introduction –on a small scale.
2. Macro Economics Introduction –on a LARGE scale.
3. Principals and problems of economic development
4. Comparative Economic Systems
5. Economics of Manpower/Labor

Political Sciences:

1. Intro to comparative political process
2. Materials and problems of statistical analysis
3. American Political Theory, Forefathers/Constitution
4. Institutional Political processes
5. Social foundations of Political Process

Sociology:

1. Introduction to Sociology
2. Social Psychology
3. Sociological Theory
4. Conflict and the Web of group Affiliations
5. Intergroup relations

Psychology:

1. Intro to Psychology
2. Abnormal Psychology
3. History of Psychology    thought thru ages
4. Developmental Psychology
5. Psychological Group Norms/Conformity

Education:

1. Education, Intro to
2. Development of the adolescent
3. High School Student teaching: Two classes of Intro to Sociology; Two classes of Intro to Psychology.

Social Scientist, Teacher, Entrepreneur

Page 4

U.S. Equal Employment Opportunity Commission
Charlotte District Office
Rec'd: 08/20/2020

What this means: 5 minors   Economics, Political Science, Psychology, Sociology, and Secondary Education.

((the irony of this firing situation is that William Krings, Plaintiff is the best, most highly qualified, educated person to lead social distancing enforcement in this company and many other jobs. ))

*Cindy, girlfriend, significant other and attended Christmas party together.

Cindy, also a senior and lung cancer survivor, is an at risk person (COVID-19) with underlying health condition. YES, I requested five feet of separation, cause of being fired. (Are you kidding me?)

7. *Getting fired was the end of relationship.
Asking Emotional Distress damages *$200,000.00 or as the Court, jury, may direct based on Age discrimination and harassment precedent, as well as punitive damages.

Page 5

U.S. Equal Employment Opportunity Commission
Charlotte District Office
Rec'd: 08/20/2020

A. The circumstances of contention



B. The company: AVL at full production.
1. Coronavirus COVID-19 in full national isolation/lockdown mode.
2. AVL deemed essential business and continues full operation. DOD/homeland security.
3. From the onset, COVID-19 was treated as a joke. (photo of dress up combatants) lack of mandated social distancing in the enclosures department (next to and adjoining

Page 6

U.S. Equal Employment Opportunity Commission
Charlotte District Office
Rec'd: 08/20/2020

wiring department) , lack of mandated social distancing in the wiring department. Business as usual. Top level management working from home.  (social conformity)

C.  *74 years old, with heart condition … At risk if infected. Announced at department meeting, Jan asked over radio inquiry as to possibility accommodation from Personnel (unconfirmed) . "no special accommodation" Use vacation time, short term and long term disability. I feel I could have worked upstairs in isolation.
D.  Girlfriend is a senior and lung cancer survivor. At much greater risk if contracted virus. (COVID-19)
E.  That I cannot warrant to her that I am safe at work (no social distancing) (exposure). Told this to firing manager Todd Jaco. Another reason for social distancing and request of group to be aware of distancing.

F.  The above radio conversation 'may' place this into a violation of Americas with Disabilities  protection and Prosecution. ($300,000.00) (Precedent needed)

G.  Plaintiff seeks to investigate these charges and well as two new abuses of discrimination and harassment, and therefor requests discovery and requires all documents pertaining to hiring and termination for the past one year, e-mails and memos, policies and procedures. (second harassment charge ($300,000.00), and TBA charge dependent on sworn testimony, and discovery ($300,000.00)). (verbiage)  to be added to charges/co filed/add to. That Plaintiff seeks to interview each person fired, terminated, resigned, relocated and each person hired, to what work area, who received bonus or will receive bonus money, referral money. Objective: cross tabulation of data.

Page 7

U.S. Equal Employment Opportunity Commission
Charlotte District Office
Rec'd: 08/20/2020

Harassment in the workplace

Harassment in the workplace can take a number of forms, but all forms are illegal under US law. Workplace harassment usually involve threats, intimidation and other mistreatment which is intended for either the satisfaction of the harassing individual or personal gain by impeding the ability of the harassed individual to work effectively.

What are motivations for harassment in the workplace?

Some harassers will target other employees that they perceive as threatening to their status or privileges. This form of harassment, generally where the harasser is marking their territory, is meant to intimidate other employees into either quitting or not competing with the harasser. This commonly affects women who face harassment in the workplace by male colleagues that feel that their presence is a threat to their occupation or status in the workplace.

Others will harass merely for the pleasure of harassing others and this behavior usually extended beyond the workplace. This harassment will be typically sexual in nature and intended to be predatory. This type of harassment may develop into more serious and dangerous behavior that can ultimately but the safety of the harassed person in jeopardy.

Most harassment is due to a craving for dominance and many harassers will engage in harassment in the workplace due to personality deficiencies or a thirst to impose fear in others. This means that the harassment will be frequent and predatory, often with many targets that are unwilling to fight back.

What prevents the reporting of harassment in the workplace?

Many that harass others in the workplace identify submissive targets that are less likely to report their behavior. Those that are harassed fear retaliation of a lack of protection from the employer, which prevents them from reporting harassment. In many cases, the harasser may have the support of others in the workplace, either directly or through tacit approval, leading the harassed individual to feel uneasy about reporting the incidents.

What is retaliation commonly taken against those that report harassment in the workplace?

Those that report harassment in the workplace often face a stigma from those sympathetic to the harasser. Is this sympathy extends to high management, the harasser can be wrongfully terminated, denied promotion and face other sanctions that may be worse than the actual harassment. This prevents the disclosure of harassment in most workplaces.

What are remedies to harassment in the workplace?

To prevent possible retaliation, as well as protect the harassed, workplaces must adopt a clear anti-harassment policy. Additionally, anonymous or closed door reporting will prevent the public debacle of a contentious harassment complaint from becoming the knowledge of others in

U.S. Equal Employment Opportunity Commission  Page 8
Charlotte District Office
Rec'd: 08/20/2020

the workplace, thus preventing the potential retaliation from coworkers that may side with the harassing individual. When all else fails that employer refuses to remedy harassment in the workplace, the US Equal Employment Opportunity Commission may be involved and will files charges against the employer to force them to correct their practices. Harassment in the workplace violates Title VII of the Civil Rights Act of 1964 and the EEOC will penalize violating employers pursuant to the provisions of the Act.

Page 9

U.S. Equal Employment Opportunity Commission
Charlotte District Office
Rec'd: 08/20/2020

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     09/17/2020

Signature of Plaintiff

Printed Name of Plaintiff     William Mark Krings

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address